MITCHELL + COMPANY
Brian E. Mitchell (SBN 190095)
brian.mitchell@mcolawoffices.com
Marcel F. De Armas (SBN 289282)
mdearmas@mcolawoffices.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-3515
Facsimile: (415) 402-0058

Attorneys for Plaintiff
WORLDPANTRY.COM INC.

*IT IS SO ORDERED*
*Judge Maria-Elena James*

DATED: 9/27/2017

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| WORLDPANTRY.COM INC., <br><br> Plaintiff, <br><br> v. <br><br> LANDMARK TECHNOLOGY LLC, <br><br> Defendant. | Case No. 17-cv-04837 <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff WorldPantry.com, Inc. hereby dismisses all claims in this action WITH PREJUDICE, subject to the terms of a certain agreement entitled "PATENT LICENSE AND SETTLEMENT AGREEMENT," with each party to bear its own costs, expenses, and attorneys' fees. Defendant Landmark Technology, LLC has not made an appearance in this case nor has it answered or otherwise responded to the complaint. Landmark's attorney has authorized Plaintiff's counsel to submit this dismissal with prejudice.

Dated: September 26, 2017

Respectfully submitted,

/s/ Brian E. Mitchell
Brian E. Mitchell

Brian E. Mitchell
Marcel F. De Armas
MITCHELL + COMPANY
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:   (415) 766-3515
Facsimile:   (415) 402-0058
brian.mitchell@mcolawoffices.com
mdearmas@mcolawoffices.com

Attorneys for Plaintiff
WORLDPANTRY.COM INC.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all claims as to which it has a right to a jury.

Dated: August 17, 2017

Respectfully submitted,

*/s/ Brian E. Mitchell*
Brian E. Mitchell

Brian E. Mitchell
Marcel F. De Armas
MITCHELL + COMPANY
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-3515
Facsimile: (415) 402-0058
brian.mitchell@mcolawoffices.com
mdearmas@mcolawoffices.com

Attorneys for Plaintiff
WORLDPANTRY.COM INC.